# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DAVID NELMS,**

    **Petitioner,**

    v.

**WARDEN, NORTH CENTRAL CORRECTIONAL COMPLEX,**

    **Respondent.**

**Case No. 2:16-cv-0160**
**JUDGE GEORGE C. SMITH**
**Magistrate Judge King**

## ORDER

This is an action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 18, 2017, the United States Magistrate Judge recommended that the remaining claims be dismissed as either procedurally defaulted or without merit. *Report and Recommendation*, ECF No. 19. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF No. 19, is **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

    **IT IS SO ORDERED.**

    *s/ George C. Smith*
    **GEORGE C. SMITH, JUDGE**
    **UNITED STATES DISTRICT COURT**